## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-01493-RM-KLM

LORENA GARCIA, for herself and as the personal representative of the Estate of Reyes Garcia,

    Plaintiff,

v.

SCHNEIDER ENERGY SERVICES, INC., other, Lavir Holdings, Inc., and WILLIAM R. SMITH,

    Defendants.

CENTURY SURETY COMPANY, an Ohio corporation,

    Garnishee.

---

### ORDER REASSIGNING MAGISTRATE JUDGE
---

THIS MATTER is before the Court *sua sponte*.   A review of the following cases indicates they involve some of the same parties and related issues: (1) Civil Action No. 14-cv-00947-RM-MJW; (2) Civil Action No. 14-cv-01493-RM-KLM; and (3) Civil Action No. 14-cv-03196-RM-KMT.   A Notice of Related Case was filed in 14-cv-01493-RM-KLM and 14-cv-03196-RM-KMT.   Upon consideration, this Court finds that the interests of justice are best served and judicial economy is best preserved if the above captioned action is REASSIGNED to the same Magistrate Judge as that in Civil Action No. 14-cv-00947-RM-MJW, the first filed action.

It is therefore **ORDERED** that the above-captioned matter is REASSIGNED to Magistrate Judge Michael J. Watanabe and all future filings in Civil Action 14-cv-01493-RM-KLM shall be docketed under the case number 14-cv-01493-RM-MJW.

DATED this 2nd day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge