**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01493-RM-MJW

LORENA GARCIA

      Plaintiff,

v.

CENTURY SURETY COMPANY, an Ohio Corporation

      Garnishee/Defendant.

_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

_____

      THIS MATTER having come before the Court on the parties' Stipulation for Dismissal With Prejudice (ECF No. 48) and the Court being fully advised in the premises,

      HEREBY ORDERS this action is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

      DATED this 31st day of March, 2016.

                                                   BY THE COURT:

                                                 _____
                                                 RAYMOND P. MOORE
                                                 United States District Judge